UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:25-cv-02740 ADS                          Date:  May 18, 2026

Title:  *Patricia Sindayen Magtoto v. United States of America, et al.*

740

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:      (IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

On December 11, 2025, Plaintiff filed a Complaint.  (Dkt No. 1.)  On February 9, 2026, Plaintiff filed a proof of service.  (Dkt. No. 9.)  To date, no responsive pleading has been filed by Defendants ABC Car Rental, Inc. and ABC Group, Inc.  Plaintiff has not requested entry of default.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute as to Defendants ABC Car Rental, Inc. and ABC Group, Inc.  Plaintiff must file a written response no later than **May 26, 2026.**  Among other appropriate responses, Plaintiff may file a request for entry of default in response to this Order to Show Cause by the above date.

**Plaintiff is expressly warned that failure to timely file a response to this Order may result in dismissal of the action as to Defendants ABC Car Rental, Inc. and ABC Group, Inc.**

**IT IS SO ORDERED.**

Initials of Clerk kh

CV-90 (03/15)—SP                     Civil Minutes – General                     Page **1** of **1**